IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LARRY DALE JOHNSON, | Case No. 11-CV-6098-ST |
| Plaintiff, | ORDER TO DISMISS |
| v. | |
| WARDEN J.E. THOMAS, | |
| Defendant. | |

HERNANDEZ, District Judge.

    On April 4, 2011, the court advised plaintiff that in order to continue with this civil rights action, he must either pay the filing fee or move to proceed *in forma pauperis*. Plaintiff was specifically advised that his failure to comply with the Order would result in the dismissal of this case. Because plaintiff has not responded to the court's Order, this case is DISMISSED without prejudice.

    In addition, because plaintiff has not complied with the court's prior Order pertaining to the filing fee, his pending

1 - ORDER TO DISMISS

motions seeking preliminary injunctive relief (dockets #4, #5, #6) are DENIED.

IT IS SO ORDERED.

DATED this  9th   day of May, 2011.

                                            /s/ Marco A. Hernandez
                                            Marco A. Hernandez
                                            United States District Judge

2 - ORDER TO DISMISS